ROGERS JOSEPH O'DONNELL, PC
Mark J. Linderman (State Bar No. 144685)
mlinderman@rjo.com
Si Eun Amber Lee (State Bar No. 197329)
slee@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
UCP BIOSCIENCES, INC.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Robert J. Stumpf, Jr. (State Bar No. 72851)
rstumpf@sheppardmullin.com
Tenaya Rodewald (State Bar No. 248563)
trodewald@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendants
AMERICAN SCREENING, LLC,
AMERICAN SCREENING CORP.
BIOSTAT LABORATORIES,
KILGARLIN HOLDINGS LLC,
RONALD KILGARLIN, SHAWN KILGARLIN, and W. BRADLY HERRIAGE

**FILED**

May 11 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

| | |
|---|---|
| UCP BIOSCIENCES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SCREENING, LLC, a Louisiana limited liability corporation; et al.<br><br>Defendants. | Case No. 5:20-CV-00886-NC<br><br>**JOINT STIPULATION OF DISMISSAL; ORDER OF DISMISSAL**<br><br>The Hon. Nathanael M. Cousins<br><br>Complaint Filed: February 5, 2020<br><br>Trial Date: April 5, 2022 at 9:00 a.m. |

All Parties in the above-entitled action, by and through their counsel, submit

Page 1

CASE NO: 5:20-CV-00886-NC  STIPULATION OF DISMISSAL;  ORDER

527366.5

this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

WHEREAS, service of the Summons and Complaint in this Action was effected on March 18, 2020;

WHEREAS, on August 28, 2020, Plaintiff dismissed without prejudice its second, third, fourth, fifth, sixth and seventh causes of action and dismissed without prejudice all defendants other than American Screening, LLC f/k/a American Screening Corp. ("ASC") (ECF 47);

WHEREAS, ASC filed its Answer and Counterclaims on December 1, 2020 (ECF 57) and Plaintiff filed its Answer to those counterclaims on December 22, 2020 (ECF 58);

WHEREAS, on March 12, 2021, the parties entered into a settlement agreement of all claims and counterclaims asserted in this Action (the "Settlement Agreement"), conditioned on ASC's payment of the settlement amount specified therein in its entirety by no later than May 1, 2021, subject to a single 14-day cure period; and

WHEREAS, on May 7, 2021, ASC completed the payment of the settlement amount in full;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between all parties, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, including all claims and counterclaims stated by and against any and all parties, and including those claims and parties previously dismissed without prejudice, shall now be dismissed with prejudice.

Dated: May 11, 2021        ROGERS JOSEPH O'DONNELL

By: /s/ *Si Eun Amber Lee*
MARK J. LINDERMAN
SI EUN AMBER LEE

Attorneys for Plaintiff
UCP BIOSCIENCES, INC.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 11, 2021 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | | |
| 4 | | By: /s/ *Tenaya Rodewald* _____ |
| 5 | | TENAYA RODEWALD<br>ROBERT J. STUMPF, JR. |
| 6 | | Attorneys for Defendants AMERICAN SCREENING, LLC fka AMERICAN SCREENING CORP. BIOSTAT LABORATORIES, KILGARLIN HOLDINGS LLC, RONALD KILGARLIN, SHAWN KILGARLIN, and W. BRADLY HERRIAGE |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Si Eun Amber Lee, am the ECF User whose identification and password are being used to file this joint notice of settlement and request for dismissal. Per Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 11, 2021    By: /s/ *Si Eun Amber Lee*
                          Si Eun Amber Lee

**ORDER**

PURSUANT TO STIPULATION OF DISMISSAL, IT IS ORDERED that:

This action, including any and all claims and counterclaims, by and against any party to this action, including those claims and parties previously dismissed without prejudice, are hereby dismissed with prejudice, with each party to bear its/his/her own attorney's fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: May 11, 2021



The Honorable Nathanael M. Cousins
United States Magistrate Judge